**Order entered February 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01565-CR

**DOMINIC RAUL SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No. F10-53887-I**

## ORDER

On February 8, 2013, we ordered the trial court to make findings regarding whether there was a transcript of the December 10, 2010 hearing. We **ADOPT** the findings that: (1) there is no record of the December 10, 2010 hearing, and (2) appellant was not at fault for the record not being prepared.

We **ORDER** Robert T. Baskett to file appellant's brief within **THIRTY DAYS** from the date of this order.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE